IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

        v.                                        CASE NO. 4:23-mj-122     (MSH)

JUSTIN W. NAILLIS

---

THE UNITED STATES ATTORNEY CHARGES:

COUNT I

That on or about August 28, 2023, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Moore, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, JUSTIN W. NAILLIS, did unlawfully take and carry away with intent to steal and purloin (1) 15 ounce Monster Energy Drink and (1) 6 count Tastykake Rolls; of the goods and property of the Army and Air Force Exchange Service, in violation of Title 18, United States Code Section 641.

PETER D. LEARY
UNITED STATES ATTORNEY

/s/ Jesse L. Ondera
JESSE L. ONDERA
Special Assistant United States Attorney
Office of the Staff Judge Advocate
6930 Morrison Avenue, Building 130
Fort Benning, Georgia 31905
(706) 325-6469
jesse.l.ondera.mil@army.mil